No. 25-1216 (lead);
Nos. 25-1217 & 25-1218 (consolidated)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RHODE ISLAND AFL-CIO, *et al.*,
PETITIONERS,
(No. 25-1216)

HARRIS COUNTY, TEXAS,
PETITIONER,
(No. 25-1217)

STATE OF ARIZONA, *et al.*,
PETITIONERS,
(No. 25-1218)

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,
RESPONDENTS.

On Petitions for Review of Unpublished Final Agency Action
by the Environmental Protection Agency

# JOINT STATUS REPORT

The parties in the above-captioned, consolidated cases submit this joint status report in accordance with the Court's November 20, 2025 order.

**1. *Rhode Island AFL-CIO, et al. v. EPA, et al.*, No. 25-1216**

Petitioners in case 25-1216 ("Rhode Island AFL-CIO Petitioners") filed their complaint against EPA and EPA Administrator Lee Zeldin in the U.S. District Court

for the District of Rhode Island on October 6, 2025. *See* Compl., *R.I. AFL-CIO v. EPA*, No. 25-cv-510 (D.R.I. Oct. 6, 2025), ECF No. 1. On December 1, 2025, defendants moved to transfer the case to the U.S. District Court for the District of Columbia. The district court denied the transfer motion by text order on December 17, 2025. At the parties' request, the district court set an expedited summary-judgment briefing schedule by text order on December 18, 2025. Rhode Island AFL-CIO Petitioners filed their motion for summary judgment on February 6, 2026.

*Updates since previous status report.* On March 6, defendants filed their cross-motion for summary judgment and opposition to Rhode Island AFL-CIO Petitioners' motion for summary judgment. ECF No. 35. Rhode Island AFL-CIO Petitioners filed a response on March 20, and defendants filed their reply on April 3. ECF Nos. 36, 37. The cross-motions remain pending.

**2. *Harris County v. EPA, et al.*, No. 25-1217**

Petitioner Harris County filed its complaint against EPA, EPA Administrator Lee Zeldin, and EPA Award Official Devon Brown in the U.S. District Court for the District of Columbia on October 13, 2025. *See* Compl., *Harris County, Texas v. EPA*, No. 25-cv-3646 (D.D.C. Oct. 13, 2025), ECF No. 1. On October 24, 2025, Harris County moved for a preliminary injunction. *See* Mot. for Prelim. Inj., *Harris County*, ECF No. 12. Based on new information from defendants' counsel, Harris

County moved for a temporary restraining order on November 2, 2025. *See* Mot. for TRO, *Harris County*, ECF No. 14.

Harris County subsequently withdrew both motions on November 14, 2025 based on (1) defendants' representation that all Solar for All ("SFA") program funds would remain available until September 30, 2031, in the same Treasury account where they had been held since prior to the issuance of the SFA grants, and (2) defendants' agreement to stay Harris County's administrative appeal of the termination of its grant, as well as closeout procedures in connection with Harris County's grant, through judgment in the district court. *See* Notice of Withdrawal of Mot., *Harris County*, ECF No. 21.

At the parties' request, the district court set an expedited summary-judgment briefing schedule on December 8, 2025. Harris County filed its motion for summary judgment on January 30, 2026.

*Updates since previous status report.* On February 20, defendants filed an opposition to Harris County's motion for summary judgment, as well as a cross-motion for summary judgment. *See* ECF Nos. 38, 39. On March 13, Harris County filed a combined opposition to defendants' cross-motion and reply in support of its motion. *See* ECF No. 44. On April 10, defendants filed their reply in support of their cross-motion for summary judgment. *See* ECF No. 50. Thereafter, Harris County moved for leave to file a sur-reply; defendants filed an opposition to that

motion; and the County filed a reply. *See* ECF Nos. 52, 53, 54. The parties' motions for summary judgment and Harris County's motion for leave to file a sur-reply remain pending. As of the filing of this status report, no hearing on the parties' motions for summary judgment has been set.

In addition, on March 12, defendants moved to stay the *Harris County* proceedings pending the disposition of en banc proceedings in *Climate United Fund v. Citibank, N.A.*, Nos. 25-5122, 25-5123 (D.C. Cir.). *See* ECF No. 43. On March 13, Harris County filed an opposition to defendants' motion to stay. *See* ECF No. 45. On March 17, defendants filed a reply in support of their motion. *See* ECF No. 46. As of the filing of this status report, the district court has not acted on defendants' motion to stay.

**3. *<u>State of Arizona, et al. v. EPA, et al.</u>*, <u>No. 25-1218</u>**

Petitioners in case 25-1218 ("State Petitioners") filed their complaint against EPA and EPA Administrator Lee Zeldin in the U.S. District Court for the Western District of Washington on October 16, 2025. *See* Compl., *Arizona v. EPA*, No. 2:25-cv-2015 (W.D. Wash. Oct. 16, 2025), ECF No. 1. On November 14, 2025, State Petitioners moved for a preliminary injunction to prevent EPA from reprogramming SFA funds and enforcing grant closeout requirements. *See generally* Pls.' Mot. for Prelim. Inj., *Arizona*, ECF No. 64. On November 19, 2025, defendants moved to transfer the case to the U.S. District Court for the District of Columbia, which was

denied. The district court also denied the preliminary injunction motion for lack of irreparable harm.

*Updates since previous status report.* Shortly after the district court set an expedited summary-judgment briefing schedule, State Petitioners filed an amended complaint (with defendants' consent) on February 19. ECF No. 128. State Petitioners then filed a motion for summary judgment on February 24. ECF No. 129. Defendants filed their cross-motion for summary judgment and opposition to State Petitioners' motion for summary judgment on March 17. ECF No. 137. State Petitioners filed a combined reply in support of their summary judgment motion and in opposition to defendant's cross-motion for summary judgment on March 31, and defendants filed their reply in support of their cross-motion for summary judgment on April 14. ECF Nos. 144, 146. The district court held a motions hearing on the cross-motions for summary judgment on May 8 and took the matter under advisement. ECF No. 150.

*    *    *

Barring any material developments, the parties will file their next status report on August 17, 2026, pursuant to this Court's November 20, 2025 order.

Dated: May 19, 2026

**SOUTHERN ENVIRONMENTAL LAW CENTER**

By: /s/ *Nicholas S. Torrey*
NICHOLAS S. TORREY
(919) 967-1450
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
NTorrey@selc.org

*Counsel for Rhode Island Petitioners in case number 25-1216:*

Rhode Island AFL-CIO

Rhode Island Center for Justice

Anh Nguyen

Solar United Neighbors

Sunpath Consulting LLC d/b/a Sunpath Solar

2KB Energy Services, LLC

Energy Independent Solutions

Black Sun Light Sustainability

**JONATHAN G.C. FOMBONNE**
Harris County Attorney

By: /s/ *Beth C. Neitzel*
BETH C. NEITZEL
EMILY J. NASH
KEVIN Y. CHEN
MATTHEW F. CASASSA
(617) 832-1000
Foley Hoag LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210

Respectfully submitted,

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ *Caroline S. Van Zile*
CAROLINE S. VAN ZILE
*Solicitor General*
ASHWIN P. PHATAK
*Principal Deputy Solicitor General*
(202) 442-9807
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
Caroline.VanZile@dc.gov
Ashwin.Phatak@dc.gov

*Counsel for State Petitioners in case number 25-1218:*

State of Arizona

State of Washington

State of Minnesota

District of Columbia

State of California

State of Colorado

State of Connecticut

State of Hawaiʻi

State of Illinois

Office of the Governor of the Commonwealth of Kentucky, *ex rel.* Andy Beshear in his official capacity as Governor of the Commonwealth of Kentucky

State of Maine

(*continued on next page*)

BNeitzel@foleyhoag.com
ENash@foleyhoag.com
KChen@foleyhoag.com
MCasassa@foleyhoag.com

NOAH C. SHAW
(212) 812-0400
Foley Hoag LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
NCShaw@foleyhoag.com

By: /s/ *Neal A. Sarkar*
JONATHAN G.C. FOMBONNE
*Harris County Attorney*
NEAL A. SARKAR
*First Assistant County Attorney*
(713) 274-5101
Office of The Harris County Attorney
1019 Congress Plaza, 15th Floor
Houston, TX 77002
Jonathan.Fombonne@harriscountytx.gov
Neal.Sarkar@harriscountytx.gov

*Counsel for Harris County in case number 25-1217*

State of Maryland

Commonwealth of Massachusetts

State of Michigan

State of New Jersey

State of New Mexico

State of New York

State of North Carolina

State of Oregon

Jessica Shirley, Chair of the Pennsylvania Energy Development Authority

State of Rhode Island

State of Vermont

Wisconsin Economic Development Corporation

**U.S. DEPARTMENT OF JUSTICE**

*By: /s/ Sophia Shams*
SOPHIA SHAMS
*Attorney, Appellate Staff*
(202) 514-2495
Civil Division, Room 7213
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

*Counsel for Respondents*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: /s/ Joshua D. Bendor
JOSHUA D. BENDOR
*Solicitor General*
MARY M. CURTIN
*Senior Litigation Counsel*
2005 N. Central Avenue
Phoenix, AZ 85004
Joshua.Bendor@azag.gov
Mary.Curtin@azag.gov

*Counsel for the State of Arizona*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ C. L. Junine So
C. L. JUNINE SO
*Assistant Attorney General*
Environmental Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Junine.So@atg.wa.gov

*Counsel for the State of Washington*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ Ryan Pesch
RYAN PESCH
CAT RIOS-KEATING
*Special Assistant Attorneys General*
BRIAN CARTER
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Ryan.Pesch@ag.state.mn.us
Catherine.Rios-Keating@ag.state.mn.us
Brian.Carter@ag.state.mn.us

*Counsel for the State of Minnesota*

**ROB BONTA**
Attorney General of California

By: /s/ Marie Elizabeth Logan
MARIE ELIZABETH LOGAN
REBECCA HUNTER
DYLAN C. REDOR
THEODORE A. MCCOMBS
*Deputy Attorneys General*
ABIGAIL BLODGETT
MYUNG PARK
*Supervising Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612
Marie.Logan@doj.ca.gov
Rebecca.Hunter@doj.ca.gov
Dylan.Redor@doj.ca.gov
Theodore.McCombs@doj.ca.gov
Abigail.Blodgett@doj.ca.gov
Myung.Park@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Carrie Noteboom*
CARRIE NOTEBOOM
*Assistant Deputy Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Carrie.Noteboom@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Jill Lacedonia*
JILL LACEDONIA
*Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

*Counsel for the State of Connecticut*

**ANNE E. LOPEZ**
Attorney General of Hawai‘i

By: */s/ Kaliko‘onālani D. Fernandes*
DAVID D. DAY
*Special Assistant to the Attorney General*
KALIKO‘ONĀLANI D. FERNANDES
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
David.D.Day@hawaii.gov
Kaliko.D.Fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Katharine Roller*
KATHARINE ROLLER
*Complex Litigation Counsel*
ELIZABETH B. SCOTT
*Assistant Attorney General*
115 LaSalle Street
Chicago, IL 60603
Katharine.Roller@ilag.gov

*Counsel for the State of Illinois*

**OFFICE OF THE GOVERNOR**
***ex rel.* ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. TRAVIS MAYO
*General Counsel*
TAYLOR PAYNE
*Chief Deputy General Counsel*
LAURA C. TIPTON
*Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov
LauraC.Tipton@ky.gov

*Counsel for the Office of the Governor*

**AARON M. FREY**
Attorney General of Maine

By: */s/ Emma Akrawi*
EMMA AKRAWI
*Assistant Attorney General*
6 State House Station
Augusta, ME 04333
Emma.Akrawi@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN
*Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
SGoldstein@oag.state.md.us

*Counsel for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Katherine Dirks*
KATHERINE DIRKS
*Chief State Trial Counsel*
1 Ashburton Place
Boston, MA 02108
Katherine.Dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Elizabeth Morrisseau
ELIZABETH MORRISSEAU
*Assistant Attorney General*
Environment, Natural Resources, and Agriculture Division
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
MorrisseauE@michigan.gov

*Counsel for the State of Michigan*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: /s/ Daniel Resler
DANIEL RESLER
LAUREN E. VAN DRIESEN
JACK A. VENTURA
*Deputy Attorneys General*
33 Washington Street, Ninth Floor
Newark, NJ 07101
Daniel.Resler@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: /s/ J. Spenser Lotz
J. SPENSER LOTZ
*Assistant Attorney General*
Environmental Protection Bureau
201 Third Street NW, Suite 300
Albuquerque, NM 87102
SLotz@nmdoj.gov

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: /s/ Matthew Eisenson
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
Matthew.Eisenson@ag.ny.gov

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
*Chief Deputy Attorney General*

By: */s/ Daniel T. Wilkes*
DANIEL T. WILKES
*Assistant Deputy Attorney General*
P.O. Box 629
Raleigh, NC 27602
DWilkes@ncdoj.gov

*Counsel for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
Coby.Howell@doj.oregon.gov

*Counsel for the State of Oregon*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
*Litigation Coordinator*
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
MHeilman@pa.gov

*Counsel for Jessica Shirley, Chair of the Pennsylvania Energy Development Authority*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
*Special Assistant Attorney General*
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
NVaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ Ryan Kane
RYAN KANE
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
Ryan.Kane@vermont.gov

*Counsel for the State of Vermont*

**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**

By: /s/ Jennifer H. Campbell
JENNIFER H. CAMPBELL
*Chief Legal Officer*
2352 S. Park Street, Suite 303
Madison, WI 53713
Jennifer.Campbell@wedc.org

*Counsel for Wisconsin Economic Development Corporation*